No. 2013, Misc. McLean v. Ciccone. Motion for leave to file petition for writ of injunction denied.

No. 1140. Kenney v. Haugh, Warden. Sup. Ct. Iowa. Certiorari denied. *Dan L. Johnston* for petitioner. *Richard C. Turner,* Attorney General of Iowa, and *David A. Elderkin* and *William A. Claerhout,* Assistant Attorneys General, for respondent.

No. 1244. Radio Corporation of America v. SCM Corp. C. A. 2d Cir. Certiorari denied. *John F. Sonnett* for petitioner. *Frank F. Scheck* and *Jerry Oppenheim* for respondent.

No. 1258. Dosek v. United States. C. A. 8th Cir. Certiorari denied. *Edwin F. Dosek* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 1271. Dolleris v. United States. C. A. 6th Cir. Certiorari denied. *Lee S. Jones* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters, Joseph M. Howard,* and *John P. Burke* for the United States.

No. 1282. Welch v. Ohio. Sup. Ct. Ohio. Certiorari denied. *F. Lee Bailey* for petitioner. *Lee C. Falke* for respondent.